**CR 16    00144**

FILED
CLERK

2016 MAR 24  PM 2: 59

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

EAG:AL/RP
F.#2016R00279

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

  - against -

AKEEM DYCE,
  also known as "Lyte" and
  "Tall Keems,"

    Defendant.

- - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. _____
(T. 18, U.S.C., §§ 922(k), 924(a)(1)(B),
 924(d) and 3551 et seq.; T. 21, U.S.C.,
 § 853(p); T. 28, U.S.C., § 2461(c))

**GLASSER, J.**

**REYES, M.J.**

THE GRAND JURY CHARGES:

<u>POSSESSION OF FIREARM WITH AN OBLITERATED SERIAL NUMBER</u>

1.   On or about February 23, 2016, within the Eastern District of New York, the defendant AKEEM DYCE, also known as "Lyte" and "Tall Keems," did knowingly and intentionally possess a firearm, to wit: a silver .32 caliber Smith & Wesson revolver, which firearm had the manufacturer's serial number removed, obliterated and altered and which had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(k), 924(a)(1)(B) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2.  The United States hereby gives notice to the defendant AKEEM DYCE, also known as "Lyte" and "Tall Keems," upon his conviction of the charged offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(k), including but not limited to the silver .32 caliber Smith & Wesson revolver, and three .32 caliber Colt case cartridges contained therein, seized on or about February 23, 2016.

3.  If the above-described forfeitable property, as a result of any act or omission of the defendant:

  (a) cannot be located upon the exercise of due diligence;

  (b) has been transferred or sold to, or deposited with, a third party;

  (c) has been placed beyond the jurisdiction of the court;

  (d) has been substantially diminished in value; or

  (e) has been commingled with other property which cannot be divided without difficulty;

3

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

*Robert Heffernan*
FOREPERSON

*[signature]*
ROBERT L. CAPERS
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#2016R00279

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*AKEEM DYCE,*

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 922(k), 924(a)(1)(B), 924(d) and 3551 et seq.;
T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c)).)

*A true bill.*

*Robert Heffernan*
_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

*Allon Lifshitz, Assistant U.S. Attorney (718) 254-6164/7575*